GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Kevin S. Rosen (pro hac vice to be filed)
Craig H. Millet (pro hac vice to be filed)
Matthew S. Kahn (MK-5426)
MKahn@gibsondunn.com

*Attorneys for Defendant DLA Piper LLP (US)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ICP STRATEGIC CREDIT INCOME FUND LTD., *et al.*,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 13-12116 (REG)<br><br>(Jointly Administered) |
| ICP STRATEGIC CREDIT INCOME MASTER FUND LTD., ICP STRATEGIC CREDIT INCOME FUND LTD., and HUGH DICKSON and STEPHEN AKERS, solely in their capacity as the Foreign Representatives and Joint Official Liquidators of ICP Strategic Credit Income Fund Ltd. and ICP Strategic Credit Income Master Fund Ltd.,<br><br>        Plaintiffs,<br>  -against-<br><br>DLA PIPER LLP (US),<br><br>        Defendant. | Adv. Pro. No. 14-01835 (REG)<br><br>(Procedurally Consolidated Under This Matter) |

**NOTICE OF DEFENDANT DLA PIPER LLP (US)'S
<u>MOTION TO DISMISS THE COMPLAINT</u>**

New York, New York
January 24, 2014

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Defendant DLA Piper LLP (US)'s ("**DLA**") Motion to Dismiss the Complaint ("**Motion**"), the Appendix of Documents Cited in the Complaint and Foreign Authorities Submitted With Motion to Dismiss the Complaint, and the Request for Judicial Notice, all of which are dated January 24, 2014, DLA will move before the Honorable Robert E. Gerber, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on April 29, 2014 at 9:45 a.m., or as soon thereafter as counsel can be heard, for entry of an order, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure, dismissing with prejudice the Complaint in the above-captioned adversary proceeding, together with such other and further relief as this Court deems just and proper, for the reasons more fully set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Case Management Order dated June 28, 2013 the parties have met and conferred regarding an appropriate briefing schedule and have agreed that Plaintiffs' opposition to the Motion shall be filed and served on or before February 27, 2014, and DLA's reply in further support of the Motion shall be filed and served on or before March 27, 2014.

Dated: January 24, 2014
      New York, New York

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: /s/ Matthew S. Kahn
                                      Kevin S. Rosen (pro hac vice to be filed)
                                      Craig H. Millet (pro hac vice to be filed)
                                      Matthew S. Kahn (MK-5426)

                                  *Attorneys for Defendant DLA Piper LLP (US)*

## CERTIFICATE OF SERVICE

I, GRACE WAGNER, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 24th day of January, 2014, I served NOTICE OF DEFENDANT DLA PIPER LLP (US)'S MOTION TO DISMISS THE COMPLAINT, by United States Mail and E-mail, upon the following counsel of record:

Joshua J. Bruckerhoff, Esq.
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746

_____
Grace Wagner