GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Kevin S. Rosen (pro hac vice to be filed)
Craig H. Millet (pro hac vice to be filed)
Matthew S. Kahn (MK-5426)
MKahn@gibsondunn.com

*Attorneys for Defendant DLA Piper LLP (US)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ICP STRATEGIC CREDIT INCOME FUND LTD., *et al.*,<br><br>              Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 13-12116 (REG)<br><br>(Jointly Administered) |
| ICP STRATEGIC CREDIT INCOME MASTER FUND LTD., ICP STRATEGIC CREDIT INCOME FUND LTD., and HUGH DICKSON and STEPHEN AKERS, solely in their capacity as the Foreign Representatives and Joint Official Liquidators of ICP Strategic Credit Income Fund Ltd. and ICP Strategic Credit Income Master Fund Ltd.,<br><br>              Plaintiffs,<br>    -against-<br><br>DLA PIPER LLP (US),<br><br>              Defendant. | Adv. Pro. No. 14-01835 (REG)<br><br>(Procedurally Consolidated Under This Matter) |

**PROPOSED ORDER
<u>GRANTING DLA PIPER LLP (US)'S MOTION TO DISMISS THE COMPLAINT</u>**

**UPON** consideration of Defendant DLA Piper LLP (US)'s Motion to Dismiss the

Complaint in the above-captioned matter (the "**Motion**") dated January 24, 2014, by its

attorneys, Gibson, Dunn & Crutcher LLP, and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing (the "**Hearing**") having been held before this Court on April 29, 2014 in accordance with applicable law; and it appearing, upon due deliberation, that good and sufficient cause exists to grant the relief requested in the Motion, including those set forth in the Motion and at the Hearing, it is hereby

**ORDERED**, that the Motion is GRANTED and the Complaint is hereby DISMISSED WITH PREJUDICE.

Dated: New York, New York
\_\_\_\_, 2014

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, GRACE WAGNER, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 24th day of January, 2014, I served PROPOSED ORDER GRANTING DLA PIPER LLP (US)'S MOTION TO DISMISS THE COMPLAINT, by United States Mail and E-mail, upon the following counsel of record:

Joshua J. Bruckerhoff, Esq.
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746

_____
Grace Wagner